An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

# IN THE SUPREME COURT OF THE STATE OF NEVADA

VINCENT HENRY PINDER,
Appellant,
vs.
C/O ASHBY; SGT. WITTER; AND
RENEE BAKER, WARDEN,
Respondents.

No. 65665

**FILED**

SEP 26 2014


TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This proper person appeal was docketed in this court on May 14, 2014, without payment of the requisite filing fee. On that same day, this court issued a notice directing appellant to pay the required filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Steve L. Dobrescu, District Judge
Vincent Henry Pinder
Attorney General/Carson City
White Pine County Clerk

---

[1]In light of this disposition, all pending motions are rendered moot.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-32088